1  BRIAN G. SOUBLET, SBN 127864, Chief Counsel
   BENJAMIN F. BUCCERI, JR. SBN 59187
2  Assistant Chief Counsel,
   O'HARRALL A. SAGO, SBN 90040, Staff Counsel
3  Legal Affairs Division, C-128
   P. O. Box 932382
4  Sacramento, CA 94232-3820
   Telephone: (916) 657-6469
5  Facsimile (916) 657-6243
   E-mail Osago@dmv.ca.gov
6  Attorneys for: STATE OF CALIFORNIA,
   DEPARTMENT OF MOTOR VEHICLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA C. PENALOZA, an individual, DEALER SERVICES CORPORATION, a Delaware corporation, WACHOVIA DEALER SERVICES. INC., a California corporation; WESTLAKE FINANCIAL SERVICES INC., a California corporation, STAR FINANCIAL SERVICES; a California corporation, FIRESIDE BANK, a California corporation, FORMAN FINANCIAL INC, a California corporation; CIG FINANCIAL, a California corporation, CREDIT ONE CORPORATION a California corporation AUTO BUYLINE SYSTEMS, INC; a California corporation, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; AND DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. C08-04192 JCS<br>ORDER GRANTING STIPULATION BY PLAINTIFF AND DEFENDANT CALIFORNIA DEPARTMENT OF MOTOR VEHICLES TO EXTEND TIME TO FILE ANSWER TO COMPLAINT IN INTERPLEADER<br><br>Date:<br>Time:<br>Dept:<br>Judge: JOSEPH C. SPERO<br>Date action filed: 09/04/08<br>Trial date: none |

IT IS HEREBY STIPULATED by and between the parties GREAT AMERICAN INSURANCE COMPANY, Plaintiff and CALIFORNIA DEPARTMENT OF MOTOR

-1-

1  VEHICLES, Defendant through their respective attorneys that defendant CALIFORNIA
2  DEPARTMENT OF MOTOR VEHICLES shall have up to and including 45 days from the date
3  of service of the complaint (September 23, 2008), to file an answer to said complaint.

Dated: 9/29/08

JOHN L. FALLAT
Attorney for Plaintiff
Great American Insurance Company

Dated: 9/26/08

O'HARRALL A. SAGO
Staff Counsel
Department of Motor Vehicles

Dated: October 21, 2008

IT IS SO ORDERED

Judge Joseph C. Spero

*(Seal: United States District Court, Northern District of California)*