NICOLE WHYTE
KEITH G. BREMER
RAYMOND MEYER, JR
PETER C. BROWN
JOHN V. O'MEARA
KERE K. TICKNER
KIT NATLAND
TYLER D. OFFENHAUSER
PATRICK AU
JEFFREY D. HOLLAND
RENEE M. SHARP
NELSON L. COHEN
JEREMY S. JOHNSON
DAVID G. MOLINARI
JOHN H. TOOHEY
VIK NAGPAL
KAREN M. BAYTOSH

MONIQUE R. DONAVAN
STEPHANIE N. RACHEL
GREGORY J. CARPENTER
ANDREW CRANER
ARASH S. ARABI
LANETTA D.W. RINEHART
ROBERT E. GIBSON
CHRISTOPHER L. THOMAS
PAUL A. ACKER
CAROLYN S. SWEENEY
ALISON K. HURLEY
JOHN J. BELANGER
CRISTI K. BARKER
BRENNA V. COX
ROBERT L. BOOKER II
JASMINE MOTAZEDI
JOSHUA BORDIN-WOSK
JENNY L.B. FOLEY

HANEEFAH S. MOREHEAD
PAUL PITINGARO
RICK L PETERSON
DEVIN R. LUCAS
ANDY MENDOZA
HARRY J. ROSENTHAL
RUSTY A. HAGEN
JOSEPH E. DYLO
NICOLE L. JONES
KAREN B. FEHLKER
JASON R. MULLIS
RACHEL A. STEVENS
ALAN C. SNYDER
KELLY N. LIEBMAN
YASMIN KAYIRAN
LANCE J. PEDERSEN
DANIEL A. CRESPO
LUCIAN J. GRECO
JONATHAN P. BITZ
DAVID GHARAKHANIAN
JOHN C. GOTTLIEB
MICHAEL H. SHEN
PATRICIA I. FORMAN
JOHN R. CAYANGYANG
DANA J. BROWN
ALEXIA VELISSAROPOULOS
STEVEN T. LOIZZI JR.
JENNIFER L. WERGER
MARION V. HAMILTON-THEVENET
DUSTIN E. BIRCH
ASTHA GHAI
CARLY A. DADSON
ARDESHIR B. HORMOZYARI
RAVI R. MEHTA
ANTHONY T. GARASI
MELISSA M. MOORE

OF COUNSEL
EVERETT L. SKILLMAN
JARED SIMMONS
MICHAEL A. SANDSTRUM
GEORGE M. ROSENBERG

1 Admitted in California
2 Admitted in California and Nevada
3 Admitted in California and Arizona
4 Admitted in California, Nevada and Colorado
5 Admitted in California, Nevada, Arizona and Colorado
6 Admitted in Nevada
7 Admitted in Nevada and Arizona
8 Admitted in Nevada and Washington D.C.
9 Admitted in Nevada and Oregon
10 Admitted in Arizona
11 Admitted in Arizona and Texas
12 Admitted in Nevada and New York
13 Admitted in Nevada, Arizona and Texas
14 Admitted in California and Colorado
15 Admitted in California and Washington D.C.
16 Admitted in California and Wisconsin

**BREMER WHYTE BROWN & O'MEARA LLP**

**BREMER WHYTE**

ATTORNEYS

20320 S.W. BIRCH STREET

SECOND FLOOR

NEWPORT BEACH, CALIFORNIA 92660

(949) 221-1000

(949) 221-1001 FAX

www.bremerandwhyte.com

LOS ANGELES OFFICE
21271 BURBANK BLVD.
SUITE 110
WOODLAND HILLS, CA 91367
(818) 712-9800
(818) 712-9900 FAX

SAN DIEGO OFFICE
501 WEST BROADWAY
SUITE 1750
SAN DIEGO, CA 92101
(619) 236-0048
(619) 236-0047 FAX

RIVERSIDE OFFICE
5225 CANYON CREST DRIVE
SUITE 71-363
RIVERSIDE, CA 92507
(951) 928-7791
(951) 344-8211 FAX

BERKELEY OFFICE
2116 ALLSTON WAY
SUITE 1
BERKELEY, CA 94704
(510) 540-4881
(510) 540-4889 FAX

NEVADA OFFICE
7670 WEST LAKE MEAD BLVD.
SUITE 225
LAS VEGAS, NEVADA 89128
(702) 258-6665
(702) 258-6662 FAX

ARIZONA OFFICE
3877 NORTH 7th STREET
SUITE 340
PHOENIX, AZ 85014
(602) 274-1204
(602) 274-1205 FAX

IN MEMORIAM
PAUL HENRY JOHNSON
(1937 – 2006)

November 25, 2008

**VIA E-File**

Clerk of Honorable Joseph C. Spero

    **Re:**    **Great American Insurance Company v. Penaloza et al.**
            BWB&O Client:    CHALLENGE FINANCIAL SERVICES, INC.
            BWB&O File No.:   3522.001
            Court Case No.:   3:08-CV-04192
            Subject:    Requesting Telephonic Appearance
            Direct Line:    (949) 221-1007

Dear Clerk of Honorable Joseph C. Spero,

    I, Jeremy S. Johnson, attorney for Defendant Challenge Financial Services, Inc., request leave to appear before the Honorable Joseph C. Spero via telephone for the Initial Case Management Conference scheduled for December 5, 2008. Our office resides in Southern California. I initially planned to attend in person, but am no longer able to do so. Therefore, I respectfully request this Court allow for the requested telephonic appearance.

Dated: 11/25/8



Very truly yours,

BREMER WHYTE BROWN & O'MEARA LLP
/S/
Jeremy Johnson

H:\3522\001\Corr\tClerk.001.doc