THOMAS J. PRENOVOST, JR.
TOM RODDY NORMANDIN
STEVEN L. BERGH
MICHAEL G. DAWE
THEODORE A. PRENOVOST

PAULA M. HARRELSON
ANDREA R. PATTON
JOHN W. KLEIN
ADAM S. HAMBURG
KAREL ROCHA
BENJAMIN K. GRIFFIN
KRISTIN F. GODEKE
MICHAEL D. ROHFELD
NICHOLE M. WONG

**PRENOVOST NORMANDIN BERGH & DAWE**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

2122 NORTH BROADWAY
SUITE 200
SANTA ANA, CALIFORNIA
92706-2614

TELEPHONE (714) 547-2444
FACSIMILE (714) 835-2889

WEBSITE: WWW.PNBD.COM

OF COUNSEL:
CHARLES "MIKE" MICHAELIS
  DIRECT LINE: (714) 396-7678
ROSE POTHIER
  DIRECT LINE: (714) 953-8580
GARY L. HINMAN
  DIRECT LINE: (949) 497-4865
DENNIS H. DOSS
  DIRECT LINE: (949) 757-8201
  DIRECT FAX: (949) 757-5745

DIRECT E-MAIL ADDRESS:
ahamburg@pnbd.com
OUR FILE NO.: 8150-053

November 25, 2008

**VIA E-FILE**

Clerk of the Honorable Joseph C. Spero
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: **Great American Insurance Company v. Penaloza, et al.**
     **United States District Court Case No. 3:08-CV-04192**
     **Requesting Telephonic Appearance at**
     **Case Management Conference 12/5/08 at 2:00 p.m.**

Dear Clerk:

  I am requesting to appear telephonically at the Initial Case Management Conference before the Honorable Joseph C. Spero scheduled for December 5, 2008 at 2:00 p.m. I will be making the appearance on behalf of the Defendants represented by this firm, Dealer Services Corporation and Fireside Bank.

  Thank you for your attention to this matter.

Dated: 12/1/8

Sincerely,

PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

Adam S. Hamburg

*IT IS SO ORDERED*
Judge Joseph C. Spero

ASH/jw

I:\DOCS\8150\053\ltr02.Clerk of the Honorable Joseph C. Spero.wpd