1  BRIAN G. SOUBLET, SBN 127864, Chief Counsel
   BENJAMIN F. BUCCERI, JR. SBN 59187
2  Assistant Chief Counsel,
   O'HARRALL A. SAGO, SBN 90040, Staff Counsel
3  Legal Affairs Division, C-128
   P. O. Box 932382
4  Sacramento, CA 94232-3820
   Telephone: (916) 657-6469
5  Facsimile (916) 657-6243
   E-mail Osago@dmv.ca.gov
6  Attorneys for: STATE OF CALIFORNIA,
   DEPARTMENT OF MOTOR VEHICLES
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA C. PENALOZA, an individual, DEALER SERVICES CORPORATION, a Delaware corporation, WACHOVIA DEALER SERVICES. INC., a California corporation; WESTLAKE FINANCIAL SERVICES INC., a California corporation, STAR FINANCIAL SERVICES; a California corporation, FIRESIDE BANK, a California corporation, FORMAN FINANCIAL INC, a California corporation; CIG FINANCIAL, a California corporation, CREDIT ONE CORPORATION a California corporation AUTO BUYLINE SYSTEMS, INC; a California corporation, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a California state agency; AND DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. C08-04192<br><br>REQUEST BY DEFENDANT CALIFORNIA DEPARTMENT OF MOTOR VEHICLES TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: DECEMBER 5, 2008<br>Time: 2:00 PM<br>Dept: Courtroom A 15th floor<br>Judge: JOSEPH C. SPERO<br>Date action filed: 09/04/08<br>Trial date: none<br>[L.R. 16-10(a) ] |

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, Defendant through their

1

1  attorneys, hereby requests that it be allowed to appear telephonically at the Initial Case
2  Management Conference scheduled for December 5, 2008 at 2:00 pm in Courtroom A 15th floor
3  of the United States District Court-Northern District pursuant to Civil Local Rule 16-10(a).
4
5  Dated: November 24, 2008                          _____
6                                                    O'HARRALL A. SAGO
                                                     Staff Counsel
7                                                    Department of Motor Vehicles
                                                     916-657-7421
8
   APPROVED:
9
10
   Dated: _12/1/08_____.                         _____
11                                                   Judge Joseph C. Spero
                                                     United States Magistrate Judge
12

2