### COLEMAN & HOROWITT, LLP
#### ATTORNEYS AT LAW

DARRYL J. HOROWITT

499 WEST SHAW, SUITE 116
FRESNO, CALIFORNIA 93704

TELEPHONE: (559) 248-4820
FACSIMILE: (559) 248-4830
WEB: WWW.CH-LAW.COM

WRITER'S E-MAIL
DHOROWITT@CH-LAW.COM

December 2, 2008

**Via E-File:**
Clerk for the Honorable Joseph C. Spero
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Great American Insurance Company v. Penaloza, et al.
              United States District Court Case No. 3:08-CV-04192
              Requesting Telephonic Appearance at Case Management
              Conference on December 5, 2008, at 2:00 p.m.

Dear Clerk:

    I am hereby making a request to appear by telephone at the Case Management Conference scheduled on December 5, 2008, at 2:00 p.m. per the clerk's notice of November 25, 2008. I will make an appearance on behalf of my client, Wachovia Dealer Services, Inc. My telephone number is (559) 248-4820, extension 111.

    Thank you for your consideration in this matter.

Dated: 12/3/8



Very truly yours,

COLEMAN & HOROWITT, LLP

*Darryl J. Horowitt*

DARRYL J. HOROWITT

DJH\rew

F:\CLIENTS\2689-WDS\38-Diamond Auto Sales\Corres\Clerk12-2-08H.wpd
12/2/08 ~ 4:00 pm